

# NUMBER 13-20-00365-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

SALLY MARI BURNS,
CHARLES EDWARD BURNS, AND
JENNIFER LEE BURNS BIELA,                                    Appellants,

v.

CYNTHIA ANN BURNS MILIAN,
TED M. BURNS, III, AND
MARY MARGARET BURNS KLEMENT,                                Appellees.

---

On appeal from the 105th District Court
of Kenedy County, Texas.

---

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Hinojosa and Silva
Order Per Curiam**

The case is before the Court on appellees' unopposed fourth motion for extension

of time to file appellees' brief. The motion indicates the purpose of the extension is to

allow the parties to continue settlement negotiations and to finalize settlement documents.

The motion to extend time to file a brief is CARRIED and this appeal is ordered ABATED until March 8, 2021. The Court directs appellants and appellees to file, on or before March 8, 2021, either (1) a joint motion to reinstate the appeal, or (2) a joint motion to dismiss the appeal pursuant to a settlement.

PER CURIAM

Delivered and filed on this
the 2nd day of February, 2021.